USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

## In the United States District Court

for the _____ DISTRICT OF   NEW JERSEY

UNITED STATES OF AMERICA
V.
ANTHONY TYLER NASHATKA

CRIMINAL NUMBER: 21CR 269

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, ANTHONY NASHATKA, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead GUILTY to the offense charged, to consent to the disposition of the case in the NORTHERN District of CALIFORNIA in which I, am released on bond, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 2/23/20 21 at Hartland, MI

_Anthony Nashatka_
(Defendant)

_(signature)_
(Witness)

_(signature)_
(Counsel for Defendants)

_Cynthia Frey_
(Assistant United States Attorney)

Approved

_(signature)_
United States Attorney for the
NORTHERN _____ District of
CALIFORNIA

_Rachael Honig_
United States Attorney for the
^Acting _____ District of
NEW JERSEY